**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.     Bar #: 185736
Theodore A. Pinnock, Esq.    Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>Plaintiff,<br>v.<br><br>BYUNG SOP CHUNG d.b.a. WATERGATE MARKET; ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ; WATERGATE SHOPPING CENTER, LLC; RASB CO.; And DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: C 06-0950 WHA<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ONLY DEFENDANTS BYUNG SOP CHUNG d.b.a. WATERGATE MARKET and ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ FROM PLAINTIFF'S COMPLAINT AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on the one hand, and Defendants **BYUNG SOP CHUNG d.b.a. WATERGATE MARKET** and **ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ,** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ONLY Defendants **BYUNG SOP CHUNG d.b.a. WATERGATE MARKET** and **ABRAHAM E. ROBA d.b.a. ROBA'S**

1             Case Number: C06-0950 WHA

Document Date: May 31, 2006

1  **PIZZA CAFÉ**, from Plaintiff's Complaint, Case Number C06-0950 WHA. Plaintiff's action
2  shall continue against the remaining defendants.

4  **IT IS SO STIPULATED.**

6  Dated: _____, 2006           **PINNOCK & WAKEFIELD, A.P.C.**

                                    By: _____
9                                   DAVID C. WAKEFIELD, ESQ.
                                    Attorneys for Plaintiff

11 Dated: *(signature)*, 2006       **EDWARD C. BELL**
12                                  **ATTORNEY AT LAW**

                                    By: *(signature)* /s/ Ed Bell
14                                  EDWARD C. BELL, ESQ.
15                                  Attorney for Defendants

17  **ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ONLY**
    **DEFENDANTS BYUNG SOP CHUNG d.b.a. WATERGATE MARKET and**
18  **ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ**

19  IT IS HEREBY ORDERED that ONLY Defendants **BYUNG SOP CHUNG d.b.a.**
20  **WATERGATE MARKET** and **ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ**, are
21  dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0950 WHA.
22  **IT IS SO ORDERED.**

24  Dated: July 19, 2006

                                    _____
                                    *(seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge William Alsup signature)*
                                    ALSUP
                                    DISTRICT COURT JUDGE

                                    Case Number: C06-0950 WHA

Document Date: May 31, 2006

**PIZZA CAFÉ,** from Plaintiff's Complaint, Case Number C06-0950 WHA. Plaintiff's action shall continue against the remaining defendants.

**IT IS SO STIPULATED.**

Dated: July 10, 2006

                                       **PINNOCK & WAKEFIELD, A.P.C.**

                                       By: _/s/ David C. Wakefield_
                                       DAVID C. WAKEFIELD, ESQ.
                                       Attorneys for Plaintiff

Dated: _____, 2006

                                       **EDWARD C. BELL**
                                       **ATTORNEY AT LAW**

                                       By: _____
                                       EDWARD C. BELL, ESQ.
                                       Attorney for Defendants

### ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ONLY DEFENDANTS BYUNG SOP CHUNG d.b.a. WATERGATE MARKET and ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ

IT IS HEREBY ORDERED that ONLY Defendants **BYUNG SOP CHUNG d.b.a. WATERGATE MARKET** and **ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ**, are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0950 WHA.

**IT IS SO ORDERED.**

Dated: _____

                                       _____
                                       HONORABLE WILLIAM H. ALSUP
                                       UNITED STATES DISTRICT COURT JUDGE

Document Date: May 31, 2006

**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
Michelle L. Wakefield, Esq.  Bar #: 200424
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br>　　　　　　Plaintiff,<br>v.<br>BYUNG SOP CHUNG d.b.a. WATERGATE MARKET; ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ; WATERGATE SHOPPING CENTER, LLC; RASB CO.; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　　Defendants.. | Case No.: C06-0950 WHA<br><br>PROOF OF SERVICE VIA UNITED STATES MAIL<br><br>[Fed.R.Civ.P. 6(e)] |

**STATE OF CALIFORNIA, COUNTY OF SAN DIEGO**

　　　I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 3033 Fifth Avenue, Suite 410, San Diego, California, 92103.

　　　On this date, I served the following document(s) described as: STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ONLY DEFENDANTS BYUNG SOP CHUNG d.b.a. WATERGATE MARKET and ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ FROM PLAINTIFF'S COMPLAINT AND ORDER THEREON on the following Defendants by:

　　　_____ placing _____ the original __X__ a true copy thereof enclosed in sealed enveloped addressed as stated below.

1

Case#: C06-0950 WHA

1
2
3  Edward C. Bell, Esq.
4  POB 8736
   Emeryville, CA 94608
5  Tel: 510.532.2266
6  Fax: 510.532.2264
   ATTORNEYS FOR DEFENDANTS BYUNG SOP CHUNG d.b.a. WATERGATE MARKET;
7  ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ
8
   Courtney M. Coates, Esq.
9  Hanson Bridgett Marcus Vlahos Rudy LLP
   425 Market Street, 26th Floor
10 San Francisco, CA 94105
11 Telephone:  415.777.3200
   Facsimile:  415.541.9366
12 **ATTORNEYS FOR DEFENDANTS WATERGATE SHOPPING CENTER, LLC; RASB
13 CO**
14
15         __X__ **BY MAIL:** I am readily familiar with the firm's practice of collection and
16 processing correspondence for mailing. Under that practice, it would be deposited with the U.S.
17 Postal Service on the same day with postage thereon fully prepaid, mailed at San Diego,
18 California, in the ordinary course of business. I am aware that on motion of the party served,
19 service is presumed invalid if postal cancellation date or postage meter date is more than one day
20 after date of deposit for mailing in affidavit.
21
22         _____ **BY UNITED STATES EXPRESS MAIL:** I am readily familiar with the firm's
23 practice of collection and processing correspondence for mailing with the United Postal Service,
24 Express Mail Division. Under that practice, it would be deposited with the U.S. Postal Service,
25 Express Mail Division on the same day with postage thereon fully prepaid, mailed at San Diego,
26 California, in the ordinary course of business. I am aware that on motion of the party served,
27 service is presumed invalid if postal cancellation date or postage meter date is more than one day
28

after date of deposit for mailing in affidavit. The United States Postal Service Express Mail Tracking Number is printed immediately under the party or representative served.

_____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

_____ **BY FACSIMILE TRANSMISSION:** From FAX No. (619) 858-3646 to the facsimile numbers listed above on the mailing list. The facsimile machine I used complied with Rule 6 (e), and no error was reported by the machine.

_____ **STATE:** I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

__X___ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction this service was made.

**EXECUTED** on July 18, 2006, at San Diego, California.

David C. Wakefield