**PINNOCK & WAKEFIELD, A.P.C.**
David C. Wakefield, Esq.    Bar #: 185736
Theodore A. Pinnock, Esq.   Bar #: 153434
3033 Fifth Avenue, Suite 410
San Diego, CA 92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY<br><br>          **Plaintiff,**<br>     v.<br><br>BYUNG SOP CHUNG d.b.a. WATERGATE MARKET; ABRAHAM E. ROBA d.b.a. ROBA'S PIZZA CAFÉ; WATERGATE SHOPPING CENTER, LLC; RASB CO.; And DOES 1 THROUGH 10, Inclusive,<br><br>          **Defendants.** | Case No.: C 06-0950 WHA<br><br>STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF DEFENDANT WATERGATE SHOPPING CENTER, LLC, RASB CO., AND PLAINTIFF'S COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY STIPULATED** by and between **ROBERT MCCARTHY,** Plaintiff, on the one hand, and Defendant **WATERGATE SHOPPING CENTER, LLC,** on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants **WATERGATE SHOPPING CENTER, LLC** and **RASB CO.,** from Plaintiff's Complaint, Case Number C06-0950 WHA. Additionally, Plaintiff requests that Plaintiff's complaint be dismissed with prejudice in its entirety.

                                                                    1          Case Number: C06-0950 WHA

Document Date: May 31, 2006

IT IS SO STIPULATED.

Dated: 7/28, 2006        PINNOCK & WAKEFIELD, A.P.C.

By: *David C. Wakefield*
DAVID C. WAKEFIELD, ESQ.
Attorneys for Plaintiff

Dated: 7/27, 2006        HANSON BRIDGETT MARCUS VLAHOS RUDY, LLP

By: *[signature]*
COURTNEY M. COATES, ESQ.
Attorney for Defendant WATERGATE SHOPPING CENTER, LLC

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that Defendants **WATERGATE SHOPPING CENTER, LLC** and **RASB CO,** are dismissed with prejudice from Plaintiff's Complaint, Case Number C06-0950 WHA. Additionally, Plaintiff's complaint is dismissed with prejudice in its entirety. **IT IS SO ORDERED.**

Dated: December 4, 2006
_____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

2        Case Number: C06-0950 WHA

Document Date: May 31, 2006